THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorney for Defendant EQUIFAX INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| EDMOND ST. LAURENT,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INC.,<br><br>Defendant. | Case No.: 2:18-cv-00467-KJM-EFB<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND ORDER**<br><br>**Complaint Served**: March 5, 2018<br>**Original Response Date**: March 26, 2018<br>**Current Response date**: April 25, 2018<br>**New Response Date**: 30 Days from Filing of Plaintiff's First Amended Complaint |

Plaintiff EDMOND ST. LAURENT ("Plaintiff") and Defendant EQUIFAX INC. ("Defendant"), hereby stipulate as follows:

1. Plaintiff served Defendant on March 5, 2018.

2. Defendant's initial deadline to respond to the Complaint was March 26, 2018.

3. Plaintiff and Defendant initially agreed to extend the time 30 days for Defendant to respond to the Complaint up to and including April 25, 2018, so that Defendant would have

- 1 –

additional time to investigate this matter and the parties could explore the possibility of settlement. Accordingly, on March 26, 2018, Defendant filed a stipulation between Plaintiff and Defendant to extend Defendant's time to respond to the Complaint up to and including April 25, 2018 (docket # 5).

4. On or about April 17, 2018, Plaintiff informed Defendant that he intended to file a First Amended Complaint. Accordingly, Plaintiff and Defendant agreed that Defendant's deadline to answer, move, or otherwise respond to the Complaint should be further extended to 30 days from the filing date of the First Amended Complaint, and therefore Plaintiff and Defendant submit this second stipulation to extend time to respond to the Complaint.

This change in response deadline will not alter the date of any event or any deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

Respectfully submitted April 26, 2018:

NOKES & QUINN

/s/ Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR. (Bar No. 132268)
NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com
Attorney for Defendant Equifax Inc.

/s/ Elliot W. Gale (as authorized on 04/17/18)
ELLIOT W. GALE (Bar No. 263326)
SAGARIA LAW, P.C.
3017 Douglas Blvd, Suite 200
Roseville, CA 95661
Tel: (408) 279-2288
Fax: (408) 279-2299
Email: egale@sagarialaw.com
Attorney for Plaintiff

- 2 –

SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND ORDER

## Signature Attestation

I obtained the authorization of Elliot W. Gale to affix his signature to this stipulation and submit this stipulation on his behalf.

April 26, 2018                                /s/ Thomas P. Quinn, Jr.
                                              THOMAS P. QUINN, JR.

**ORDER**

Pursuant to stipulation, Defendant Equifax Inc. is granted a further extension to respond to Plaintiff's complaint until 30 days from the date that Plaintiff files her first amended complaint.

IT IS SO ORDERED.

DATED: April 26, 2018.

_____
UNITED STATES DISTRICT JUDGE

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

# CERTIFICATE OF SERVICE

**St. Laurent v. Equifax Inc.**
**2:18-cv-00467-KJM-EFB**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On April 26, 2018, I served a true copy of

**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER**

[ ] By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B)

[ ] By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[X] By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR

Place of Mailing: Laguna Beach, California
Executed on **April 26, 2018,** at Laguna Beach, California.

# SERVICE LIST

**Elliot Gale**
Sagaria Law, P.C.
3017 Douglas Blvd
Suite 200
Roseville, CA 95661
408-279-2288
Fax: 408-279-2299
Email: egale@sagarialaw.com
*Attorney for Plaintiff*

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500